RUSSELL KELLY                              *        NO. 2023-CA-0285

VERSUS                                     *        COURT OF APPEAL

NYAH JACKSON, ROBERT T.                    *        FOURTH CIRCUIT
BERGERON, CATHY
SHEARER AND CRESCENT                       *        STATE OF LOUISIANA
TITLE LLC, ET AL.
                                           *

                                           *
                                * * * * * * *


JCL      **LOBRANO, J., CONCURS IN THE RESULT**